UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60268-CIV-DIMITROULEAS/SNOW

DUANE CHIN LOY,

    Plaintiff,

vs.

BLIND OUTLET INC. d/b/a TOM & JS WINGS, and THOMAS A. THOMAS JR.,

    Defendants.
_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DUANE CHIN LOY, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), hereby dismisses the above referenced action without prejudice.

Submitted on this 29th day of March 2017.

        /s/ Jessica L. Kerr_____
        Jessica L. Kerr, Esquire
        Florida Bar No. 92810
        Jaci R. Mattocks, Esquire
        Florida Bar No. 115765
        **THE ADVOCACY GROUP**
        333 Las Olas Way, CU3, Suite 311
        Fort Lauderdale, Florida 33301
        Telephone: (954) 282-1858
        Email: service@advocacypa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                    Respectfully submitted,

                    */s/ Jessica L. Kerr*
                    Jessica L. Kerr, Esq.
                    Florida Bar No. 92810